UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO,<br><br>             Plaintiff,<br><br>  v.<br><br>PLYMOUTH HOUSING GROUP<br>HUMPHREY HOUSE,<br><br>             Defendant. | NO. C13-2203RAJ<br><br>ORDER OF DISMISSAL |

The court has reviewed the Report and Recommendation ("R&R") of the Honorable James P. Donohue and Plaintiff's proposed complaint. No one has objected to the R&R. The court ADOPTS the R&R (Dkt. # 3) and DISMISSES this action with prejudice. The clerk shall enter judgment and ensure that Judge Donohue receives notice of this order.

DATED this 10th day of January, 2014.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL - 1